**FILED**
**11/3/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

25-cr-00639
Judge Thomas M. Durkin
Magistrate Judge Heather K. McShain
Random Cat 4

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 25 CR 639 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 111(a) |
| JAMIE HERNANDEZ | ) | |
| | ) | **INFORMATION** |

The UNITED STATES ATTORNEY charges:

On or about October 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

JAMIE HERNANDEZ,

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, namely, an officer and employee of the United States, while engaged in the performance of their official duties;

In violation of Title 18, United States Code, Section 111(a).

**JASON YONAN**
Digitally signed by JASON YONAN
Date: 2025.11.03 13:27:58 -06'00'

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY