FELONY
MAN

25-cr-00639
Judge Thomas M. Durkin
Magistrate Judge Heather K. McShain
Random Cat 4



FILED
11/3/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Jamie Hernandez | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**
Case Number: **25 CR 639**
Case Title: *United States v. Jamie Hernandez*

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **Yes**
Defendant Number (in this matter): **1**
Supervised Release Case Number: **25 CR 639**
Supervised Release Case Title: *United States v. Jamie Hernandez*
Assigned Judge: **Heather K. McShain, Magistrate Judge**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Assault/Attempted murder of federal employee IV**

Does the indictment or information charge a felony offense? **No, this is a misdemeanor case.**

List of Statutes: **Title 18, United States Code, 111(a)**

Assistant United States Attorney(s): **Beth E. Palmer**

Contact Person and Phone Number: **312-886-0667**