UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 25 CR 639 |
| v. | ) | |
| | ) | Heather K. McShain |
| | ) | Magistrate Judge |
| JAMIE HERNANDEZ | ) | |

**ORDER OF DISMISSAL**

A motion having been made before me by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, to dismiss the information in the instant matter with prejudice as to the above-named defendant:

It is hereby ORDERED that the information in this matter be dismissed with prejudice as to the above-named defendant.

ENTERED:

Heather K. McShain

HEATHER K. MCSHAIN
United States District Judge

Dated: August 12, 2026